No. 5662.—GILORMINI, aplte., v. LORENZO, apldo.—C. D. Guayama. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ Diciembre 24, 1931.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Por CUANTO, la parte apelada solicitó la desestimación de la apelación interpuesta, basándose en que los autos no contenían copia de la sentencia apelada; y

Por CUANTO, posteriormente la parte apelante solicitó corregir los autos adicionándolos con la copia certificada de la sentencia que faltaba en los mismos, solicitud que fué concedida, quedando en efecto adicionada a los autos con la indicada copia;

Por TANTO, habiendo desaparecido el fundamento de la moción de desestimación, debe declararse y se declara sin lugar.

No. 5076.—MENDÍA, apldo., v. ALFONSI, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮▮▮▮▮ Abril 17, 1931.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Estando envuelta una suma inferior a cinco mil dólares, vistos la Sección 128(a) del "Judicial Code", según enmendado por la Ley del Congreso de los Estados Unidos de 13 de febrero de 1925, y lo resuelto en los casos de *Cortés y Segura* v. *Cortés,* 40 D.P.R. 926, y *Orange Rice Milling Co.* v. *Barasorda,* 40 D.P.R. 903, no ha lugar a admitir la apelación que se establece para ante la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito.